

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERTSON-CECO CORPORATION | CIVIL ACTION |
| VERSUS | NO: 03-2393 |
| L.A.B. PROJECT RESOURCE GROUP, INC., d/b/a B.E.I. | SECTION: "F" (4) |

## ORDER

The Court, having considered, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and finding, as of this date, no objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Therefore,

**IT IS ORDERED** that the plaintiff's **Motion to Fix Amount of Attorney's Fees and Costs Awarded (doc. #83)** is **GRANTED.** The plaintiff is hereby awarded attorney's fees in the amount of **$69,415.50** and costs in the amount of **$7,753.17**.

New Orleans, Louisiana, this 27th day of June, 2007.

UNITED STATES DISTRICT JUDGE

Fee_____
Process_____
X  Dktd_____
__ CtRmDep_____
__ Doc. No._____